UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
PDK COMMERCIAL PHOTOGRAPHERS, LTD.,      :   19cv9229(DLC)
                                         :
                              Plaintiff, :   <u>ORDER OF</u>
                                         :   <u>DISCONTINUANCE</u>
               -v-                       :
                                         :
THE ASSOCIATED PRESS,                    :
                                         :
                              Defendant. :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **January 6, 2020**. If no such application is made by that date, today's dismissal of the action is with prejudice. See <u>Muze, Inc. v. Digital On Demand, Inc.</u>, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:   New York, New York
         December 5, 2019

                              _____
                                     DENISE COTE
                              United States District Judge